IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RODNEY HART, CODY HART, and JODY HART, individually and on behalf of all other similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THE TOWNSEND CORPORATION and TOWNSEND TREE SERVICE COMPANY, LLC,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 1:17-CV-02126-SCJ<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT ORDER APPROVING SETTLEMENT AND DISMISSAL WITH PREJUDICE

This matter is before the Court on the Parties' Joint Motion to Approve Settlement and Dismissal with Prejudice. For good cause shown, it is hereby ORDERED that the settlement of this matter is approved and the above matter is dismissed with prejudice.

SO ORDERED, this 28th day of February, 2018.

　　　　　　　　　　　　　　　　　　 s/Steve C. Jones
　　　　　　　　　　　　　　　　　HONORABLE STEVE C. JONES
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE